March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

CHRISTOPHER                 ,
BOVAIN                      Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY
TEL/VIDEOCONFERENCE**

20 -CR- 563 (JPO)(___)

Defendant CHRISTOPHER BOVAIN _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

X     Initial Appearance/Appointment of Counsel

X     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

X     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

s/Christopher Bovain, by KNF,USMJ
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

## Christopher Bovain

Print Defendant's Name

Defense Counsel's Signature

## Jesse M. Siegel

Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

**11/16/2020**

Date

Kevin Grathaniel Fox

U.S. District Judge/U.S. Magistrate Judge