LAW OFFICE OF
# JESSE M. SIEGEL

(Tel) 212-207-9009  
(Fax) 212-732-1339

299 Broadway, Suite 800  
New York, New York 10007

JesseMSiegel@aol.com

March 30, 2021

**BY ECF**

Hon. J. Paul Oetken, District Judge  
United States District Court for the  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

      Re: *United States v. Akbar, et al*, 20 Cr. 563 (JPO).

Dear Judge Oetken:

    As counsel to Christopher Bovain, a defendant in the above action, I write to request a temporary modification of his conditions of release. Mr. Bovain is released on a $100,000.00 PRB, with travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. Mr. Bovain would like to travel to Puerto Rico to celebrate his birthday next month.

    Therefore, I request that Mr. Bovain's conditions of release be modified to permit him to travel to Puerto Rico from April 8th to April 13th. I have consulted with Pretrial Services and A.U.S.A. Emily A. Johnson. Pretrial advises that Mr. Bovain has been compliant with the conditions of his supervised release and takes no position on his request. The government defers to Pretrial and also takes no position.

    Thank you for your attention to this application.

Granted.  
So ordered.  
3/31/2021

Very truly yours,

/s  
Jesse M. Siegel

_____  
J. PAUL OETKEN  
United States District Judge