LAW OFFICE OF
# JESSE M. SIEGEL

(Tel) 212-207-9009  
(Fax) 212-732-1339

299 Broadway, Suite 800  
New York, New York 10007

JesseMSiegel@aol.com

August 18, 2021

**BY ECF**

Hon. J. Paul Oetken, District Judge  
United States District Court for the  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

      Re: *United States v. Akbar, et al*, 20 Cr. 563 (JPO).

Dear Judge Oetken:

      As counsel to Christopher Bovain, a defendant in the above action, I write to request a temporary modification of his conditions of release. Mr. Bovain is released on a $100,000.00 PRB, with travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. Mr. Bovain would like to travel to Orlando, FL for three days, with his partner and children. Therefore, I request that Mr. Bovain's conditions of release be modified to permit him to travel to Orlando, FL from September 3 through September 6, 2021.

      I have consulted with Pretrial Services and A.U.S.A. Kaylan Lasky. The government defers to Pretrial. Southern District U.S. Pretrial Officer Courtney DeFeo states they do not object so long as Mr. Bovain has remained compliant with the terms of his release. District of New Jersey Pretrial Officer Kathleen Cullen (whose office is supervising Mr. Bovain on behalf of the Southern District) advises that Mr. Bovain has remained compliant.

      Thank you for your attention to this application.

Granted.  
So ordered.  
 8/23/2021

Very truly yours,

/s  
Jesse M. Siegel

J. PAUL OETKEN  
United States District Judge