LAW OFFICE OF
**JESSE M. SIEGEL**

(Tel) 212-207-9009
(Fax) 212-619-6742

299 Broadway, Suite 800
New York, New York 10007

JesseMSiegel@aol.com

June 14, 2023

**BY ECF**

Hon. J. Paul Oetken, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Akbar, et al,* 20 Cr. 563 (JPO).

Dear Judge Oetken:

    As counsel to Christopher Bovain, a defendant in the above action, I write to request that his date to surrender to begin serving his term of imprisonment, currently June 26, 2023, be adjourned thirty days, to July 26, 2023. I have spoken with A.U.S.A. Ashley Nicolas, who consents to this request on behalf of the government.

    When the Court sentenced Mr. Bovain on May 10th, it allowed him 47 days to get his affairs in order before surrendering. However, he was arrested on a warrant issued by a court in Kentucky the following day, when he reported as directed to his Pretrial Services officer. (The Kentucky case involved conduct that was part of the conspiracy charged here.) Mr. Bovain was held from May 11th until June 12th, and was unable to take advantage of the time afforded him by the Court. The delay in surrendering requested will give him time to make arrangements for his family and otherwise.

    Thank you for your attention to this application.

Granted.
So ordered.
6/16/2023

Very truly yours,

/s
Jesse M. Siegel

_____
J. PAUL OETKEN
United States District Judge